

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

| | |
|---|---|
| Pleasant Grove Independent School District, Appellant<br><br>No. 06-19-00022-CV     v.<br><br>FieldTurf USA Inc. and Altech, Inc., Appellees | Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 15C1318-102). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating. |

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse Altech's summary judgment against Pleasant Grove as to the G-Max warranty claim only and affirm FieldTurf's partial summary judgment against Pleasant Grove. We conclude that a remand for new trial is the appropriate remedy, because the erroneous pretrial order regarding Altech limited to some degree the evidence of fault presented to the jury, and therefore the more prudent course of action is to restore the parties to the status quo at the time of the summary-judgment rulings and proceed from that point forward.

We further order that Pleasant Grove pay seventy-five percent of the costs of this appeal and that Altech pay twenty-five percent of the costs.

RENDERED APRIL 3, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk